United States District Court
Southern District of Texas
**ENTERED**
February 04, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | **Criminal No. 1:18-CR-0008** |
| | § | |
| HENRY MCINNIS | § | |

## ORDER IMPOSING MONEY JUDGMENT

Following a jury trial, the Defendant Henry McInnis was found guilty of all counts pending against him in the Superseding Indictment, including Count 1 (Conspiracy to Commit Health Care Fraud); Counts 2-7 (Health Care Fraud); and Count 12 (Conspiracy to Pay and Receive Kickbacks), among others.

The Government provided notice to the Defendant in the Superseding Indictment that pursuant to Title 18, United States Code, Section 982(a)(7), the Government would seek to forfeit all property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the criminal offense. The United States also provided notice that it would seek a money judgment.

The Court presided over the trial of the Defendant. Based on the record and the evidence, the Court finds that the Defendant obtained proceeds in the amount of at least $197,088.00 from the criminal offenses.

Pursuant to applicable law, the Court ORDERS as follows:

1.     That Defendant HENRY MCINNIS shall forfeit $197,088.00 to the United States, and that a personal money judgment is hereby awarded in favor of the United States and against the Defendant in the same amount.

2.       That pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may move to amend this Order at any time to forfeit the Defendant's property in substitution in accordance with Title 21, United States Code, 853(p).

This Order will be made part of the Defendant's sentence and included in the judgment against him.

Signed on the 3rd day of February 2020.


_____
Rolando Olvera
United States District Judge